UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------

MERCEDES LOPEZ,

            v.                      **MEMORANDUM & ORDER**
                                             14-CV-5214 (MKB)

K. ASK-CARLSON, Warden, Metropolitan
Detention Center,

                  Defendants.

---------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

      On September 3, 2014, Plaintiff Mercedes Lopez filed this *pro se* civil rights Complaint. Plaintiff's submission did not include the requisite filing fee or *in forma pauperis* application ("IFP Application") and Prisoner Authorization form required to commence this action. By letter dated September 4, 2014, Plaintiff was provided with the proper forms and was instructed that in order to proceed, she must either pay the fee or return the completed IFP Application and Prisoner Authorization form within 14 days from the date of the letter. More than 14 days have elapsed and the Court has not received any response from Plaintiff. Accordingly, the Complaint is hereby dismissed without prejudice. The Clerk of Court is directed to mark this case closed.

                                                    SO ORDERED:

                                                       s/ MKB
                                             MARGO K. BRODIE
                                             United States District Judge

Dated: September 29, 2014
        Brooklyn, New York